707 A.2d 1327

**Glenn Vincent RHODES**

v.

**STATE of Maryland.**

**No. 115, Sept. Term, 1997.**

Court of Appeals of Maryland.

April 7, 1998.

Sherrie B. Glasser, Assistant Public Defender (Stephen E. Harris, Public Defender), Baltimore, all on brief for petitioner.

Emmet Davitt, Assistant Attorney General (J. Joseph Curran, Jr., Attorney General), Baltimore, all on brief for respondent.

Argued before BELL, C.J., and ELDRIDGE, RODOWSKY, CHASANOW, RAKER, WILNER and CATHELL, JJ.

## ORDER

PER CURIAM.

The petition for writ of certiorari in the above entitled case having been granted and argued, it is this 7th day of April, 1998

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.